Argued and submitted April 25, affirmed June 7, petition for review denied
August 15, 2000 (330 Or 553)

## STATE OF OREGON,
*Respondent,*

*v.*

## MARK CLIFFORD LOMBARDI,
*Appellant.*

### (960836110; CA A98097)

7 P3d 537

Mary M. Reese, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Public Defender.

Holly A. Vance, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his convictions for multiple sexual offenses. We write only to address his argument that the trial court erred in withholding from disclosure various records after *in camera* inspection. Assuming, without deciding, that defendant provided an adequate basis for our review, *see State v. Weaver*, 139 Or App 207, 911 P2d 969, *rev den* 323 Or 483 (1996), we have reviewed those materials *in camera* and conclude that the trial court did not err in that regard.

We reject defendant's remaining arguments without discussion.

Affirmed.